Thomas Spielbauer, Esq.
SBN 78281
THE SPIELBAUER LAW FIRM
1250 Oakmead Parkway, Suite 210
Sunnyvale, CA 94085
MAIL: Post Office Box 698
Santa Clara, CA 95050
(408)451-8499
Fax: (610)423-1395
thomas@spielbauer.com

Attorneys for Ruthie Hillery, Defendant
and the Spielbauer Law Firm, Defendant

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSUMER SOLUTIONS REO, LLC, a Delaware Limited Liability Company,<br><br>Plaintiff.<br><br>v.s.<br><br><br>RUTHIE B. HILLERY, an Individual; THE SPIELBAUER LAW FIRM, an Unknown Business Entity; and DOES 1 through 50, inclusive,<br><br>Defendants. | No. 08-CV-04357-EMC<br><br>ORDER CONTINUING CASE MANAGEMENT DEADLINES |

GOOD CAUSE BEING SHOWN, AND UPON STIPULATION OF COUNSEL, this Court continues the hearing dates which have been set in this matter.

The Case Management Conference is continued to _____May 6_____, 2009 at _____1:30 p.m._____.

The last day on which Counsel is to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan is continued to _____April 15_____, 2009.

-1-

The last day on which Counsel for both Parties are to file the ADR Certification which is to be signed signed by the Parties and their Counsel is continued to ____April 15_____, 2009.

The last day on which Counsel for both Parties are to file either a Stipulation to ADR Process or Notice of Need for ADR Phone Conference is _____April 15_____, 2009.

Last day on which Counsel for both Parties are to file their Rule 26(f) Report, complete initial Rule 26(a)(1) disclosures or state objection in their Rule 26(f) Report, and file their Case Management Statements is ____April 29_____, 2009.

IT IS SO ORDERED.

***END OF ORDER***

_____
Edward M. Chen
U.S. Magistrate Judge
Dated: January 21, 2009

-2-