Thomas Spielbauer, Esq.
SBN 78281
THE SPIELBAUER LAW FIRM
1250 Oakmead Parkway, Suite 210
Sunnyvale, CA 94085
MAIL: Post Office Box 698
Santa Clara, CA 95050
(408)451-8499
Fax: (610)423-1395
thomas@spielbauer.com

Attorneys for Ruthie Hillery, Defendant
and the Spielbauer Law Firm, Defendant

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSUMER SOLUTIONS REO, LLC, a Delaware Limited Liability Company, <br><br> Plaintiff. <br><br> v.s. <br><br><br> RUTHIE B. HILLERY, an Individual; THE SPIELBAUER LAW FIRM, an Unknown Business Entity; and DOES 1 through 50, inclusive, <br><br> Defendants. | No. 08-CV-04357-EMC <br><br> STIPULATION TO CONTINUE DEFENDANTS' DEADLINES TO FILE ANSWER AND CROSS-COMPLAINT ; ORDER |

Counsel for the Defendants, Thomas Spielbauer, Esq., and Counsel for the Plaintiff, Jonathan Fink, Esq., stipulate that the due date which this Court has ordered that defendants file their cross-complaint and answers may be extended one week.

On April 9, 2009, this Court ordered that defendants were to file their cross-complaint and answer by May 20, 2009. On May 19, 2009, defendants requested a one week extension of time by which to file their documents, which plaintiff agreed to permit.

For these reasons, Counsel for Plaintiff and counsel for Defendants stipulate that due date of defendants' cross-complaint and answer be extended one week,

-1-

from May 20, 2009 to May 27, 2009.

Dated: May 19, 2009

By:
Jonathan Fink, Esq.
WRIGHT, FINLAY AND ZAK
Attorney for Plaintiff

Dated: May 19, 2009

By:

Thomas Spielbauer, Esq.
SPIELBAUER LAW FIRM
Attorney for Defendants

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. Magistrate Judge

IT IS SO ORDERED
Judge Edward M. Chen