1  WRIGHT, FINLAY & ZAK, LLP
2  T. Robert Finlay, Esq., CA State Bar No. 167280
   Jonathan D. Fink, Esq. CA State Bar No. 110615
3  4665 MacArthur Court, Suite 280
4  Newport Beach, California 92660
   Tel. (949) 477-5050; Fax (949) 477-9200
5  rfinlay@wrightlegal.net; jfink@wrightlegal.net

6  Attorneys for Plaintiff, CONSUMER SOLUTIONS REO, LLC
7

8  # UNITED STATES DISTRICT COURT
9  # NORTHERN DISTRICT OF CALIFORNIA

10

11 | CONSUMER SOLUTIONS REO, LLC, etc., | ) Case No.  08-CV-04357 EMC |
12 | | ) |
13 |           Plaintiff, | ) **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
14 | | ) **[Proposed]** |
15 |      vs. | ) |
16 | RUTHIE B. HILLERY, etc., et al., | ) Date:  November 4, 2009 |
17 | | ) Time:  10:30 p.m. |
   |           Defendants. | ) Ctrm.:  C, 15th Floor |
18 | _____ | )          450 Golden Gate Avenue |
19 | RUTHIE HILLERY, | )          San Francisco, CA 94102 |
20 | | ) [Assigned to Hon. Edward M. Chen] |
21 |           Counter-Claimant, | ) |
22 |      vs. | ) |
23 | CONSUMER SOLUTIONS REO, LLC, etc., et al., | ) |
24 | | ) |
25 |           Counter/Cross-Claim Defendants | ) |
26 | _____ | ) |

27       In light of the Stipulation of the Parties:
28       IT IS HEREBY ORDERED THAT the Case Management Conference in this matter,

1
**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

1   currently set for November 4, 2009 is continued to __Dec. 8____,20_09_ at _10:30a_ .m. in
2   Department C of this Court.  The parties are to file an update Case Management Conference
3   Statement one week prior to the continued CMC date.

6   Dated:   November 2, 2009

   _____
   Honorable E...
   United ...

   IT IS SO ORDERED
   Judge Edward M. Chen

   UNITED STATES DISTRICT COURT
   NORTHERN DISTRICT OF CALIFORNIA

2

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

## PROOF OF SERVICE

I, Cindy A. Barragan, declare as follows:

I am employed in the County of Orange, State of California. I am over the age of eighteen (18) and not a party to the within action. My business address is 4665 MacArthur Court, Suite 280, Newport Beach, California 92660.

On October 29, 2009, I served the foregoing document described as **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** on all interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

### SEE SERVICE LIST

[X]   (BY MAIL) I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Newport Beach, California. I am readily familiar with the firm's business practice for collection and processing of correspondence for mailing with the U.S. Postal Service pursuant to which practice the correspondence is deposited with the U.S. Postal Service the same day in the ordinary course of business.

[X]   (BY ELCTRONIC SERVICE) Pursuant to CM/ECF System, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities. The Court's CM/ECF systems sends an e-mail notification of the filing to the parties and counsel of record listed above who are registered with the Court's EC/ECF system.

[X]   (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 29, 2009, at Newport Beach, California.

_____
Cindy A. Barragan

1
PROOF OF SERVICE

## SERVICE LIST

Thomas John Spielbauer, Esq.
The Spielbauer Law Firm
1250 Oakmead Parkway  Suite 210
Sunnyvale, California  94085
408-451- 8499; Fax: 610-423-1395
**Attorneys for Ruthie B. Hillery and Spielbauer Law Firm**