United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSUMER SOLUTIONS REO, LLC, | No. C-08-4357 EMC |
| Plaintiff, | |
| v. | **ORDER GRANTING PLAINTIFF'S REQUEST TO CONTINUE SETTLEMENT CONFERENCE** |
| RUTHIE B. HILLERY, *et al.*, | |
| Defendants. | **(Docket No. 106)** |
| _____/ | |

Plaintiff Consumer Solutions REO, LLC has filed a motion asking that the settlement conference in this case be continued. Defendants have not filed any opposition to the motion. Because there is no opposition, and because a continuance is reasonable given the unsettled state of the pleadings, the Court hereby **GRANTS** the request for a continuance. The settlement conference shall be rescheduled by Judge Zimmerman to occur as soon as practicable after the Court rules on Consumer Solutions' motion to dismiss.

This order disposes of Docket No. 106.

IT IS SO ORDERED.

Dated: January 27, 2010

_____
EDWARD M. CHEN
United States Magistrate Judge