UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSUMER SOLUTIONS REO, LLC,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>RUTHIE B. HILLERY, et al.<br><br>　　　　Defendant(s). | No. C08-4357 EMC (BZ)<br><br>**ORDER CONTINUING<br>SETTLEMENT CONFERENCE** |

You are hereby notified that the settlement conference presently scheduled for, Thursday, February 4, 2010, at 9:00 a.m., is **CONTINUED** to **Tuesday, May 11, 2010 at 9:00 a.m.**, in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.  The settlement conference order otherwise remains in full force and effect.

Dated: January 27, 2010

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Bernard Zimmerman
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

g:\bzall\-refs\refs.2010\Consumer Continue SC.wpd 1