

1  Thomas Spielbauer, Esq.
   SBN 78281
2  THE SPIELBAUER LAW OFFICE
   111 North Market Street, Suite 300
3  San Jose, CA 95113
   MAIL: Post Office Box 698
4  Santa Clara, CA 95052
   (408)451-8499
5  Fax: (610)423-1395
   thomas@spielbauer.com
6
   Attorneys for Ruthie Hillery, Defendant
7      and the Spielbauer Law FIRM, Defendant

8  **UNITED STATES DISTRICT COURT**
   **NORTHERN DISTRICT OF CALIFORNIA**
9

| | |
|---|---|
| CONSUMER SOLUTIONS REO, LLC, a Delaware Limited Liability Company,<br><br>Plaintiff.<br><br>v.s.<br><br><br><br>RUTHIE B. HILLERY, an Individual; THE SPIELBAUER LAW FIRM, an Unknown Business Entity; and DOES 1 through 50, inclusive,<br><br>Defendants.<br>RUTHIE HILLERY,<br><br>Counter-Claimant.<br><br>v.s.<br><br><br>CONSUMER SOLUTIONS REO, LLC, a Delaware Limited Liability Company, SAXON MORTGAGE SERVICES, INC.; and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,<br><br>Counter/Cross-Claim Defendants. | No. 08-CV-04357-EMC<br><br><br>NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEAL FOR THE NINTH CIRCUIT |

1  Thomas Spielbauer, Esq., the attorney for the plaintiffs herein, appeals to
2  the United States Court of Appeal for the Ninth Circuit from the order of sanctions
3  imposed against him by the district court, the Honorable Edward Chen, entered in
4  this case on January 28, 2010, Docket Item 110, and any interlocutory orders
5  leading up to and forming the basis of the imposition of sanctions on January 28,
6  2010.
7  Dated: February 8, 2010

RESPECTFULLY SUBMITTED
THE SPIELBAUER LAW OFFICE

*[signature]*

by: Thomas Spielbauer, Esq.
Attorney for Defendants and Cross Claimant

-2-