# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSUMER SOLUTIONS REO, LLC, etc., | ) |
| | ) |
| | ) Case No. 08-CV-04357 EMC |
| Plaintiff, | ) |
| | ) |
| vs. | ) **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** to April 7, 2010 |
| | ) |
| RUTHIE B. HILLERY, etc., et al., | ) |
| | ) **[Proposed]** |
| Defendants. | ) |
| _____ | ) |
| | ) |
| RUTHIE HILLERY, | ) [Assigned to Hon. Edward M. Chen] |
| | ) |
| Counter-Claimant, | ) |
| | ) |
| vs. | ) |
| | ) |
| CONSUMER SOLUTIONS REO, LLC, etc., et al., | ) |
| | ) |
| Counter/Cross-Claim Defendants | ) |

In light of the Stipulation of the Parties:

IT IS HEREBY ORDERED THAT the Case Management Conference in this matter, currently set for March 24, 2010 at 2:30 p.m. be continued.  The parties are to file an updated Case Management Conference Statement one week prior to the continued Case Management Conference date.     The Case Management Conference is reset for April 7, 2010 at 2:30 p.m.

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

1  Dated: _____March 18_____, 2010

2

3

4  fb.us.5009197.01

IT IS SO ORDERED
AS MODIFIED

Judge Edward M. Chen

2
**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**