UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSUMER SOLUTIONS REO, LLC,<br><br>        Plaintiff(s),<br><br>  v.<br><br>RUTHIE B. HILLERY, et al.<br><br>        Defendant(s). | No. C08-4357 EMC (BZ)<br><br>**ORDER CHANGING TIME OF SETTLEMENT CONFERENCE** |

**IT IS HEREBY ORDERED** that the settlement conference presently scheduled for, Tuesday, May 11, 2010 at 9:00 a.m., shall instead **begin at 2:00 p.m.**, in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102. The settlement conference order otherwise remains in full force and effect.

Dated: May 3, 2010

                                              Bernard Zimmerman
                                  United States Magistrate Judge