Thomas Spielbauer, Esq.
SBN 78281
THE SPIELBAUER LAW OFFICE
111 North Market Street, Suite 300
San Jose, CA 95113
MAIL: Post Office Box 698
Santa Clara, CA 95052
(408)451-8499
Fax: (610)423-1395
thomas@spielbauer.com

Attorneys for Ruthie Hillery, Defendant
and the Spielbauer Law Firm, Defendant

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSUMER SOLUTIONS REO, LLC, a Delaware Limited Liability Company,<br><br>Plaintiff.<br><br>v.s.<br><br><br>RUTHIE B. HILLERY, an Individual; THE SPIELBAUER LAW FIRM, an Unknown Business Entity; and DOES 1 through 50, inclusive,<br><br>Defendants. | No. 08-CV-04357-EMC<br><br><br>NOTICE OF TENTATIVE SETTLEMENT<br><br>ORDER RESETTING STATUS FROM 5/26/10 to 6/23/10 |
| RUTHIE HILLERY,<br><br>Counter-Claimant.<br><br>v.s.<br><br><br>CONSUMER SOLUTIONS REO, LLC, a Delaware Limited Liability Company, SAXON MORTGAGE SERVICES, INC.; and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,<br><br>Counter-Claim Defendants. | |

1  PLEASE TAKE NOTICE that the parties to this action have reached
2 settlement of this matter in principle. The final settlement documents have yet to
3 be prepared and executed and loan modification documents likewise have yet to
4 be prepared. The parties anticipate that these documents can be prepared and
5 executed within four weeks. As a result, the parties request that any and all
6 hearings scheduled in this matter, and any and all due dates, be stayed to permit
7 the agreement in principle to become an executed and final settlement of this
8 matter.
9  Upon execution of the agreement, Consumer Solutions and Ruthie Hillery
10 will seek to dismiss their matters against each of the defendants and cross-
11 defendants and counter-claim defendants with prejudice.
12 Dated: May 4, 2010

RESPECTFULLY SUBMITTED
THE SPIELBAUER LAW OFFICE

*/s/ Thomas J. Spielbauer*

by: Thomas Spielbauer, Esq.
Attorneys for Defendants and Counter & Cross Claimant

22 IT IS SO ORDERED that the status conference set for 5/26/10 at 2:30 p.m. is reset for 6/23/10 at 2:30 p.m. An updated joint status conference statement shall be filed by 6/16/10.

_____
EDWARD M. CHEN
U.S. MAGISTRATE JUDGE



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

-2-