FAEGRE & BENSON LLP
Charles F. Webber (admitted *pro hac vice*)
Jana M. Gaffaney (admitted *pro hac vice*)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
Tel. (612) 766-7000; Fax (612) 766-1600
cwebber@faegre.com; jgaffaney@faegre.com

WRIGHT, FINLAY & ZAK, LLP
T. Robert Finlay, Esq., CA State Bar No. 167280
Jonathan D. Fink, Esq. CA State Bar No. 110615
4665 MacArthur Court, Suite 280
Newport Beach, California 92660
Tel. (949) 477-5050; Fax (949) 477-9200
rfinlay@wrightlegal.net; jfink@wrightlegal.net

Attorneys for Plaintiff and Counter-Defendant, CONSUMER SOLUTIONS REO, LLC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSUMER SOLUTIONS REO, LLC, etc., <br><br> Plaintiff, <br><br> vs. <br><br> RUTHIE B. HILLERY, etc., et al., <br><br> Defendants. <br> _____ <br> RUTHIE HILLERY, <br><br> Counter-Claimant, <br> _____ | Case No. 08-CV-04357 EMC <br><br> **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** <br><br> Date: June 23, 2010 <br> Time: 2:30 p.m. <br> Ctrm.: C, 15th Floor <br> 450 Golden Gate Avenue <br> San Francisco, CA 94102 <br><br> [Assigned to Hon. Edward M. Chen] |

1

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**

|   |   |   |
|---|---|---|
| 1 | vs. | ) |
| 2 |  | ) |
| 3 | CONSUMER SOLUTIONS REO,<br>LLC, etc., et al., | )<br>) |
| 4 |  | ) |
| 5 | Counter/Cross-Claim Defendants | ) |
|   |  | ) |

TO THE HONORABLE COURT:

In light of the pending settlement of this matter as to and between all parties[1], Plaintiff and Counter-Defendant, Consumer Solutions REO, LLC, Counter-Defendant Saxon Mortgage Services, Inc., Defendant and Counter and Cross-Claimant Ruthie Hillery, and Defendant The Spielbauer Law Firm, through their counsel of record, hereby stipulate to continue that the Case Management Conference currently set for June 23, 2010 should be continued to August 18, 2010 at 2:30 p.m. or such other date thereafter as the Court deems fit.  The parties believe that it would be premature to hold another Case Management Conference in this matter until such time as the settlement documents have been properly reviewed and either approved or rejected.

Respectfully submitted,

FAEGRE & BENSON LLP

Dated:  June 16, 2010          By:    */s/ Jana M. Gaffaney*
Jana M. Gaffaney, Esq.
Attorneys for Plaintiff and Counter-
Defendant, Consumer Solutions REO, LLC

---

[1] Cross-Defendant MERS was previously dismissed.

2

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**

|   |   |   |   |
|---|---|---|---|
| 1 |   |   | WRIGHT, FINLAY & ZAK, LLP |
| 2 |   |   |   |
| 3 | Dated: June 16, 2010 | By: | */s/ Jonathan D. Fink* |
| 4 |   |   | T. Robert Finlay, Esq. |
|   |   |   | Jonathan D. Fink, Esq. |

Dated: June 16, 2010          By:     */s/ Jonathan D. Fink*
                                      T. Robert Finlay, Esq.
                                      Jonathan D. Fink, Esq.
                                      Attorneys for Plaintiff and Counter-Defendant, CONSUMER SOLUTIONS REO, LLC and Cross-Defendant SAXON MORTGAGE SERVICES, INC.

SPIELBAUER LAW FIRM

Dated: June 16, 2010          By:     */s/ Thomas Spielbauer*
                                      Thomas Spielbauer, Esq.
                                      Attorneys for Defendants and Cross- and Counter-Complainant RUTHIE B. HILLERY

3
**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**

## PROOF OF SERVICE

I, Cindy A. Barragan, declare as follows:

I am employed in the County of Orange, State of California. I am over the age of eighteen (18) and not a party to the within action. My business address is 4665 MacArthur Court, Suite 280, Newport Beach, California 92660.

On June 16, 2010, I served the foregoing document described as **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** on all interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

### SEE SERVICE LIST

[ ] (BY MAIL) I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Newport Beach, California. I am readily familiar with the firm's business practice for collection and processing of correspondence for mailing with the U.S. Postal Service pursuant to which practice the correspondence is deposited with the U.S. Postal Service the same day in the ordinary course of business.

[X] (CM/ECF Electronic Filing) I caused the above document(s) to be transmitted to the office(s) of the addressee(s) listed above by electronic mail at the e-mail address(es) set forth above pursuant to Fed.R.Civ.P.5(b)(2)(E). "A Notice of Electronic Filing (NEF) is generated automatically by the ECF system upon completion of an electronic filing. The NEF, when e-mailed to the e-mail address of record in the case, shall constitute the proof of service as required by Fed.R.Civ.P.5(b)(2)(E). A copy of the NEF shall be attached to any document served in the traditional manner upon any party appearing pro se."

[X] (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 16, 2010, at Newport Beach, California.

Cindy A. Barragan

## SERVICE LIST

Thomas John Spielbauer, Esq.
The Spielbauer Law Firm
1250 Oakmead Parkway, Suite 210
Sunnyvale, California 94085
408-451- 8499; Fax: 610-423-1395
**Attorneys for Ruthie B. Hillery and Spielbauer Law Firm**

2
PROOF OF SERVICE