1
2
3
4
5
6
7
8           UNITED STATES DISTRICT COURT
9           NORTHERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| 11  CONSUMER SOLUTIONS REO, LLC, etc., | ) Case No.  08-CV-04357 EMC |
| 12 | ) |
| 13           Plaintiff, | ) **ORDER CONTINUING CASE MANEGEMENT CONFERENCE** |
| 14 | ) |
| 15           vs. | ) ~~[Proposed]~~ |
| 16  RUTHIE B. HILLERY, etc., et al., | ) |
| 17 | ) Date:    June 23, 2010 |
| 18           Defendants. | ) Time:    2:30 p.m. |
| 19 | ) Ctrm.:   C, 15th Floor |
| 20  RUTHIE HILLERY, | )            450 Golden Gate Avenue |
| 21 | )            San Francisco, CA 94102 |
| 22           Counter-Claimant, | ) [Assigned to Hon. Edward M. Chen] |
| 23           vs. | ) |
| 24  CONSUMER SOLUTIONS REO, LLC, etc., et al., | ) |
| 25 | ) |
| 26           Counter/Cross-Claim Defendants | ) |

27
28

          In light of the Stipulation of the Parties:

1    IT IS HEREBY ORDERED THAT the Case Management Conference in

2  this matter, currently set for June 23, 2010 is continued to ___August 25___, 2010 at

3  __2:30_ p.m. in Department C of this Court.  The parties are to file an update Case

4  Management Conference Statement one week prior to the continued CMC date.

5

6

7  Dated:    June 16, 2010

8  Honorable E.

   U.                                 ge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

**PROOF OF SERVICE**

I, Cindy A. Barragan, declare as follows:

I am employed in the County of Orange, State of California. I am over the age of eighteen (18) and not a party to the within action. My business address is 4665 MacArthur Court, Suite 280, Newport Beach, California 92660.

On June 16, 2010, I served the foregoing document described as **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** on all interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

**SEE SERVICE LIST**

[ ]   (BY MAIL) I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Newport Beach, California. I am readily familiar with the firm's business practice for collection and processing of correspondence for mailing with the U.S. Postal Service pursuant to which practice the correspondence is deposited with the U.S. Postal Service the same day in the ordinary course of business.

[X]   (CM/ECF Electronic Filing) I caused the above document(s) to be transmitted to the office(s) of the addressee(s) listed above by electronic mail at the e-mail address(es) set forth above pursuant to Fed.R.Civ.P.5(b)(2)(E). "A Notice of Electronic Filing (NEF) is generated automatically by the ECF system upon completion of an electronic filing. The NEF, when e-mailed to the e-mail address of record in the case, shall constitute the proof of service as required by Fed.R.Civ.P.5(b)(2)(E). A copy of the NEF shall be attached to any document served in the traditional manner upon any party appearing pro se."

[X]   (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 16, 2010, at Newport Beach, California.

Cindy A. Barragan

1

PROOF OF SERVICE

<u>**SERVICE LIST**</u>

Thomas John Spielbauer, Esq.
The Spielbauer Law Firm
1250 Oakmead Parkway, Suite 210
Sunnyvale, California 94085
408-451- 8499; Fax: 610-423-1395
**Attorneys for Ruthie B. Hillery and Spielbauer Law Firm**