Thomas Spielbauer, Esq.
SBN 78281
THE SPIELBAUER LAW OFFICE
111 North Market Street, Suite 300
San Jose, CA 95113
MAIL: Post Office Box 698
Santa Clara, CA 95052
(408)451-8499
Fax: (610)423-1395
thomas@spielbauer.com

Attorneys for Ruthie Hillery, Defendant
        and the Spielbauer Law Firm, Defendant

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CONSUMER SOLUTIONS REO, LLC, a Delaware Limited Liability Company, | No. 08-CV-04357-EMC |
| Plaintiff. | STIPULATION OF DISMISSAL |
| v.s. | |
| RUTHIE B. HILLERY, an Individual; THE SPIELBAUER LAW FIRM, an Unknown Business Entity; and DOES 1 through 50, inclusive, | |
| Defendants. | |
| RUTHIE HILLERY, | |
| Counter-Claimant. | |
| v.s. | |
| CONSUMER SOLUTIONS REO, LLC, a Delaware Limited Liability Company, SAXON MORTGAGE SERVICES, INC.; and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., | |
| Counter-Claim Defendants. | |

Ruthie Hillery and cross-defendant Saxon Mortgage Services, Inc. file this stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(ii).

The Cross-Plaintiff is Ruthie Hillery; defendant is Saxon Mortgage Services, Inc..

On May 27, 2009, Ruthie Hillery sued cross-defendant by the filing of her cross-complaint against Saxon Mortgage Services, Inc..

Plaintiff moves to dismiss the suit.

Defendant, who has answered, agrees to the dismissal.

This case is not a class action.

A receiver has not been appointed in this case.

This case is not governed by any federal statute that requires a court order for dismissal of the case.

Plaintiff has not dismissed an action based on or including the same claims as those presented in this suit.

This dismissal is with prejudice ~~to refiling~~.

Dated: August 9, 2010

By: 
Jonathan Fink, Esq.
WRIGHT, FINLAY AND ZAK
Attorney for Cross Defendant Saxon Mortgage Services

Dated: August 9, 2009

By _____:

Thomas Spielbauer, Esq.
SPIELBAUER LAW FIRM
Attorney for Ruthie Hillery and Spielbauer Law Firm

2