Thomas Spielbauer, Esq.
SBN 78281
THE SPIELBAUER LAW OFFICE
111 North Market Street, Suite 300
San Jose, CA 95113
MAIL: Post Office Box 698
Santa Clara, CA 95052
(408)451-8499
Fax: (610)423-1395
thomas@spielbauer.com

Attorneys for Ruthie Hillery, Defendant
    and the Spielbauer Law Firm, Defendant

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSUMER SOLUTIONS REO, LLC, a Delaware Limited Liability Company, <br><br>              Plaintiff. <br><br> v.s. <br><br> RUTHIE B. HILLERY, an Individual; THE SPIELBAUER LAW FIRM, an Unknown Business Entity; and DOES 1 through 50, inclusive, <br><br>             Defendants. | No. 08-CV-04357-EMC <br><br> ORDER OF DISMISSAL AS TO CROSS-DEFENDANT SAXON MORTGAGE SERVICES, INC. |
| RUTHIE HILLERY, <br><br>             Counter-Claimant. <br><br> v.s. <br><br><br> CONSUMER SOLUTIONS REO, LLC, a Delaware Limited Liability Company, SAXON MORTGAGE SERVICES, INC.; and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., <br><br>             Counter-Claim Defendants. | |

1  GOOD CAUSE APPEARING, and upon Stipulation of Counsel for Ruthie
2  Hillery and for Saxon Mortgage Services, Inc., the above matter is dismissed with
3  prejudice as to cross-defendant Saxon Mortgage Services, Inc..
4  IT IS SO ORDERED
5  ***END OF ORDER***



7  Edward M. Chen
   U.S. Magistrate
8  Judge
   Date:  8/10/10