Thomas Spielbauer, Esq.
SBN 78281
THE SPIELBAUER LAW OFFICE
111 North Market Street, Suite 300
San Jose, CA 95113
MAIL: Post Office Box 698
Santa Clara, CA 95052
(408)451-8499
Fax: (610)423-1395
thomas@spielbauer.com

Attorneys for Ruthie Hillery, Defendant
    and the Spielbauer Law Firm, Defendant

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSUMER SOLUTIONS REO, LLC, a Delaware Limited Liability Company,<br><br>                    Plaintiff.<br><br>v.s.<br><br><br>RUTHIE B. HILLERY, an Individual; THE SPIELBAUER LAW FIRM, an Unknown Business Entity; and DOES 1 through 50, inclusive,<br><br>                    Defendants. | No. 08-CV-04357-EMC<br><br><br>ORDER OF DISMISSAL AS TO RUTHIE HILLERY, SPIELBAUER LAW FIRM, AND CONSUMER SOLUTIONS REO, LLC |
| RUTHIE HILLERY,<br><br>                    Counter-Claimant.<br><br>v.s.<br><br><br>CONSUMER SOLUTIONS REO, LLC, a Delaware Limited Liability Company, SAXON MORTGAGE SERVICES, INC.; and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,<br><br>                    Counter-Claim Defendants. | |

1

1   GOOD CAUSE APPEARING, and upon Stipulation of Counsel for Ruthie
2   Hillery, for the Spielbauer Law Firm, and for Consumer Solutions REO, LLC, the
3   above matter, i.e., all complaints and counter-claims, is dismissed with prejudice
4   as to all remaining parties, those being Ruthie Hillery, the Spielbauer Law Firm
5   and Consumer Solutions REO, LLC.

6   IT IS SO ORDERED.

***END OF ORDER***

_____
Edward M. Chen
U.S. Magistrate Judge

